FILED
2012 Oct-15  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CARESSA T. BRIDGMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:12-cv-2917-LSC |
| | ) | |
| CAVALRY SPV 1, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has been advised that the above-entitled cause is settled.  Accordingly, this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action  within sixty (60) days from the date of this Order.  Costs are taxed as paid.

Done this 15th day of October 2012.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

171032